# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 19-22944

DEBTOR(S)

AMANDA M AGUILAR

### CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2020, the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on January 25, 2020, I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13) as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| IN RE:<br>AMANDA M AGUILAR<br><br>Debtor | CASE NO: 19-22944<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on August 08, 2019, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW*

On or before February 24, 2020, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before February 24, 2020, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 01/23/2020

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 1 | **AMERICA FIRST CREDIT UNION** | VEHICLE SECD (PERMO level 1) 2001 GMC SIERRA / PV=$2,000 | $1,974.69 | $1,974.69 | $50.00 | 5.50 |
| 4 | **DISCOUNT TITLE LOAN** | VEHICLE SECD (PERMO level 1) '12 CHRYSLER 200/PV= $5,450 | $2,006.00 | $2,006.00 | $50.00 | 5.00 |
|  | **JAIME G. RICHARDS** | ATTORNEY FEE | $3,560.00 | $0.00 | Pro Rata | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | **MOUNTAIN AMERICA CREDIT UNIO** | UNSECURED LOAN | $930.96 | $0.00 | Pro Rata | 0.00 |
| 2 | **SFC Central Bankruptcy** | UNSECURED MONEY LOANED | $592.14 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

In re:  
AMANDA M AGUILAR  
    Debtor

Case No. 19-22944  
Chapter 13

## CERTIFICATE OF SERVICE

District/off: 1088-c     User: 563     Page 1 of 2     Date Rcvd: Jan 24, 2020  
                  Form ID: TROC     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Jan 25, 2020.

```
db          AMANDA M AGUILAR,    223 W 950 S,    OGDEN, UT 84404-4838
1           AMERICA FIRST CREDIT UNION,    PO BOX 9199,    OGDEN, UT 84409-0199
2           BONNEVILLE COLLECTION,    PO BOX 150621,    OGDEN, UT 84415-0621
3           COMCAST,    PO BOX 34744,    SEATTLE, WA 98124-1744
4           DISCOUNT TITLE LOAN,    2917 WASHINGTON BLVD,    OGDEN, UT 84401-3720
5           EPIC/EMERGENCY PHYSICIANS INTIGRATED,    PO BOX 96398,    OKLAHOMA CITY, OK 73143-6398
6           GLOBAL RECEIVABLES SOLUTION,    PO BOX 956842,    SAINT LOUIS, MO 63195-6842
7           INTERMOUNTAIN MEDICAL GROUP,    DEPT 340,    PO BOX 30015,    SALT LAKE CITY, UT 84130-0015
8           INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
9           JAIME G. RICHARDS,    RICHARDS, BRINLEY & RICHARDS LAW GROUP,    289 24TH STREET,    SUITE 101,
             OGDEN, UT 84401-1494
10          JENSEN & SULLIVAN LLC,    PO BOX 150612,    OGDEN, UT 84415-0612
11          MOUNTAIN AMERICA CREDIT UNION,    PO BOX 2331,    SANDY, UT 84091-2331
12          MOUNTAINLAND COLLECTIONS,    PO BOX 1280,    AMERICAN FORK, UT 84003-6280
13          NPAS SOLUTIONS, LLC,    PO BOX 2248,    MARYLAND HEIGHTS, MO 63043-1048
14          OGDEN CITY FIRE DEPT,    8841 S REDWOOD RD STE B,    WEST JORDAN, UT 84088-9290
15          OGDEN CLINIC,    PO BOX 5807,    DENVER, CO 80217-5807
16          OGDEN REGIONAL MEDICAL CENTER,    PO BOX 740757,    CINCINNATI, OH 45274-0757
17          SECURITY FINANCE CORP OF UTAH,    743 WASHINGTON BLVD,    OGDEN, UT 84404-4953
18          SFC-CENTRAL BANKRUPTCY,    P.O. BOX 1893,    SPARTANBURG, S.C. 29304-1893
19          TANNER CLINIC,    PO BOX 337,    LAYTON, UT 84041-0337
20          UTAH STATE TAX COMMISSION,    210 N 1950 W,    SALT LAKE CITY, UT 84134-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jan 25, 2020**          **Signature:** _Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: TROC          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2020 at the address(es) listed below:
```
nef             LON JENKINS TR
nef             UNITED STATES TRUSTEE
                                                                                                TOTAL: 2
```